UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE NORTHBROOK INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LUISA AUTUMN RILEY,<br><br>Defendant. | Case No.  1:26-cv-02030-FJS<br><br>ORDER VACATING SCHEDULING CONFERENCE<br><br>THIRTY-DAY DEADLINE |

In light of the clerk of court's entry of default against Defendant Luisa Autumn Riley on May 22, 2026, (ECF No. 9), the initial scheduling conference set for June 16, 2026, is VACATED. Plaintiff is directed to file a motion for default judgment within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

_____
UNITED STATES MAGISTRATE JUDGE