UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLSTATE NORTHBROOK INDEMNITY COMPANY,

Plaintiff,

v.

LUISA AUTUMN RILEY,

Defendant.

Case No. 1:26-cv-02030-FJS

ORDER DIRECTING PLAINTIFF TO FILE SUPPLEMENTAL BRIEFING REGARDING JURISDICTION INCLUDING CASE AND CONTROVERSY AND THE COURT'S DISCRETION TO GRANT DECLARATORY RELIEF

THIRTY (30) DAY DEADLINE

On June 25, 2026, Plaintiff moved for default judgment following entry of default by the clerk of the court. (ECF No. 11.) The court held a hearing on the motion on July 31, 2026. In conducting its analysis of whether Plaintiff's motion for default judgment should be granted, it has come to the court's attention that Plaintiff may not have sufficiently pled jurisdiction under 28 U.S.C. § 2201(a), which requires a "case of actual controversy" and "gives discretion to courts in deciding whether to entertain declaratory judgments." *See Am. States Ins. Co. v. Kearns*, 15 F.3d 142, 143-44 (9th Cir. 1994). The court is obligated to consider *sua sponte* whether it has jurisdiction. *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004).

Accordingly, the court ORDERS Plaintiff to file supplemental briefing, including a declaration or affidavit if necessary, within thirty (30) days of entry of this order addressing whether its claim is ripe and, if so, why the court should exercise its discretion to grant declaratory relief under 28 U.S.C. § 2201(a).

IT IS SO ORDERED.

Dated: **July 31, 2026**

UNITED STATES MAGISTRATE JUDGE